THE STATE v. CHARTRAND.

*Appeal from Woodbury District Court — Tuesday, October 21.*

SUFFICIENCY OF INDICTMENT.

The defendant was arrested and arraigned on the following indictment:

" STATE OF IOWA v. JOSEPH CHARTRAND.

" THE grand jury of the county of Woodbury, in the name and by the authority of the State of Iowa, accuse Joseph Chartrand of the crime of keeping a nuisance, committed as follows : The said Joseph Chartrand, on or about the 1st day of June, in the year of our Lord one thousand eight hundred and seventy-one, in the county aforesaid, and at divers other times, did unlawfully and willfully keep a house of ill-fame, resorted to by divers persons, whose names are to the grand jurors unknown, for the purposes of prostitution and lewdness."

The defendant demurred to this indictment, which being overruled, a trial was had, which resulted in a verdict of guilty, upon which the court rendered judgment. Defendant appeals.

*H. B. Wilson* for the appellant — *M. E. Cutts*, attorney-general, for the State.

*Per* CURIAM. — This case involves precisely the same question passed upon in *The State* v. *Madame Shaw, ante*, and no other. It was there held that the indictment, which was in all respects like the one in this case, was not vulnerable to the demurrer.

Affirmed.